# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No.: **ED CV 16-2203-JFW (PLA)**            Date: **May 11, 2017**

Title: **Gustavo Castro Zamudio v. Nancy A. Berryhill, Acting Commissioner of Social Security**

---

PRESENT: THE HONORABLE **PAUL L. ABRAMS**      ☐ U.S. DISTRICT JUDGE
                                                                             ☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFF:**            **ATTORNEYS PRESENT FOR DEFENDANT:**
NONE                                                                                NONE

**PROCEEDINGS: (IN CHAMBERS)**

Pursuant to this Court's Order of October 26, 2016, the parties were to notify the Court by May 3, 2017, through the lodging of a proposed Judgment, if a voluntary remand was being accepted in this case. In the event that there was no agreement as to a voluntary remand, **plaintiff** was to inform the Court of this fact no later than May 1, 2017, through the filing of a pleading entitled "Notice of Compliance with Settlement Conference Order." To date, neither of these documents has been received by the Court. Accordingly, **no later than May 18, 2017, plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute. Filing of one of the two required documents, and compliance with the additional requirements set forth in the October 26, 2016, Order, shall be deemed compliance with this Order to Show Cause.

**Plaintiff's failure to timely respond to this Order shall result in dismissal of this action.**

cc:     Gustavo Castro Zamudio, pro se
        Jennifer Lee Tarn, SAUSA

Initials of Deputy Clerk    ch