**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES-GENERAL**

Case No.: <u>ED CV 16-2203-JFW-PLA</u>　　　　　　　　　　　　　　　Date: <u>June 12, 2017</u>

Title:　<u>Gustavo Castro Zamudio v. Nancy Berryhill, Acting Commissioner of Social Security</u>

------------------------------------------------------------------------------------------------------

**PRESENT: THE HONORABLE　<u>PAUL L. ABRAMS</u>**
　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**

| <u>Christianna Howard</u> | <u>N/A</u> | <u>N/A</u> |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFF:**　　　　　　　**ATTORNEYS PRESENT FOR DEFENDANT(S):**
　　　　　　NONE　　　　　　　　　　　　　　　　　　　　　　　　　　　NONE

**PROCEEDINGS:**　　　**(IN CHAMBERS)**

On May 11, 2017, the Court ordered plaintiff to show cause why this case should not be dismissed for failure to prosecute ("Order to Show Cause" or "OSC"). (ECF No. 18). On May 16, 2017, plaintiff filed a Response to the OSC. (ECF No. 19). In his Response, plaintiff explained that he misunderstood the instructions in the Court's October 26, 2016, Order Re Further Proceedings ("Order") (ECF No. 8), and asked for an extension of time to comply with the deadlines set forth in that Order. The Court on May 17, 2017, granted plaintiff an extension of time to no later than June 2, 2017, to comply with paragraph 3 of the Court's October 26, 2016, Order. All other terms and conditions of the Court's October 26, 2016, Order were ordered to remain in effect.

Despite providing additional time, plaintiff has still not complied with paragraph 3 of the Court's October 26, 2016, Order. Accordingly, **no later than June 27, 2017, plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute. Filing of one of the two required documents, and compliance with the additional requirements set forth in the October 26, 2016, Order, shall be deemed compliance with this Order to Show Cause.

**Plaintiff's failure to timely respond to this Order shall result in dismissal of this action.**


cc:　　Gustavo Castro Zamudio, pro se
　　　　Jennifer Lee Tarn, SAUSA




　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk　　<u>ch</u>