UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| GUSTAVO CASTRO ZAMUDIO,<br><br>  ,<br><br>v.<br><br>NANCY BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY,    . | No. ED CV 16-2203-JFW (PLA)<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the other records on file herein, the Magistrate Judge's Report and Recommendation, and plaintiff's Objections to the Report and Recommendation. The Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted.

2. Plaintiff's Motion for Summary Judgment is denied.

3. Defendant's Cross-Motion for Summary Judgment is granted and the decision of the ALJ is affirmed.

4. Plaintiff's Complaint is dismissed.

5. Judgment shall be entered consistent with this Order.

6. The clerk shall serve this Order and the Judgment on all counsel or parties of record.

DATED: October 25, 2017

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE