js-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| GUSTAVO CASTRO ZAMUDIO, | No. ED CV 16-2203-JFW (PLA) |
| , | **JUDGMENT** |
| v. | |
| NANCY BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY, | |
| . | |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Complaint in this matter is dismissed with prejudice.

DATED: October 25, 2017

HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE